# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**CHARMANE SMITH,**

        Plaintiff,

v.                                                   Case No:  20-2580-JWB

**VALU MERCHANDISERS, CO.,**

        Defendant,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

In accordance with the Memorandum and Order filed January 7, 2021, Plaintiff's complaint is DISMISSED.

 

__January 7, 2021_____                         TIMOTHY M. O'BRIEN
     Date                                                        CLERK OF THE DISTRICT COURT

                                                             by: __s/ Joyce Roach_____
                                                                           Deputy Clerk